

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00723-CV

Jose I. **VILLARREAL**, P.E. D/B/A Villarreal Design Group,
Appellant

v.

David **VIGIL** and Kyndra Vigil,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-10913
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:        Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: February 12, 2025

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See id*. at R. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM